No. WR-62,574-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

No. WR-62,574-05

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 17 2015

TIME ___8:13___
BY ___JR___ DEPUTY

**IN RE JOHNNY GREEN**

*On Application for Writ of Mandamus
In trial court cause number 1199474D in the
371st Judicial District Court from Tarrant County*

## RESPONDENT JUDGE'S RESPONSE TO RELATOR'S MOTION FOR LEAVE TO FILE A WRIT OF MANDAMUS

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

The Respondent Judge in the above styled and numbered causes respectfully submits this response to the order of the Court of Criminal Appeals dated August 26, 2015.

Specifically, the Court has asked whether Relator has filed a motion to unseal the third volume of the reporter's record, whether this volume contains the transcript of the voir dire proceedings, and whether this volume contains personal information about jurors. The Respondent Judge answers these questions as

Page 1 of 3

follows:

1. Respondent Judge has reviewed the case jacket in this cause and notes that Relator has filed three requests for Volume 3 of the Reporter's Record. The **first request**, filed January 27, 2015, specifically requests the volume to be unsealed. (See Exh. A). The court annotated its ruling on the face of the request, denying it as follows: "Jury info will not be unsealed per Art. 35.29 CCP." The **second request**, filed February 19, 2015, requests that Relator be allowed to purchase a redacted copy of the volume. (See Exh. B). The court again annotated a ruling upon the face of the request, denying it as follows: "Voir Dire not available per Art. 35.29 CCP Can't <u>EDIT</u> as personal juror info throughout." The **third request** was filed on March 12, 2015 and is in the form of a formal motion entitled "Motion for Seal be (sic) Removed for Reasons of Questioning in Jury Selection in Voir Dire." The Court has denied that motion as of September 17, 2015. (See Exh. C).

2. Volume 3 of the Reporter's Record consists solely of the transcript of the voir dire proceedings.

3. Volume 3 contains personal information about jurors, including last names, and in some instances, first names.

If the Court of Criminal Appeals requires anything further, please contact me.

Respectfully submitted,

Hon. Scott Wisch
Judge, 372nd Judicial District Court
Tarrant County, Texas

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response has been sent to **Relator, Johnny Green**, TDCJ-ID#1738876, Stiles Unit, 3060 FM 3514, Beaumont, Texas 77705, and to the Post-Conviction Unit of the **Tarrant County Criminal District Attorney's Office**.

Hon. Scott Wisch
Judge, 372nd Judicial District Court
Tarrant County, Texas

# Response Exhibit A

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 17 2015

TIME _____ 8:13 _____
BY _____ ⟨signature⟩ DEPUTY

Cause No. 1199474D

| | | |
|---|---|---|
| EX PARTE | § | IN THE 372nd JUDICIAL |
| | § | |
| | § | DISTRICT COURT OF |
| | § | |
| JOHNNY GREEN, JR. | § | TARRANT COUNTY, TEXAS |

## ORDER DENYING MOTION TO UNSEAL VOLUME 3 OF THE REPORTER'S RECORD

The Court has considered Defendant's March 12, 2015 motion to unseal Volume 3 of the Reporter's Record in this matter. This volume consists solely of the voir dire (jury selection) proceedings conducted prior to the trial on the merits and was sealed by the Court pursuant to TEX. CODE CRIM. PROC. art. 35.29. Because this volume contains personal information of the venire panel and the jurors selected for trial, and because Defendant has not shown good cause for such information to be released to him, Defendant is not entitled to this information.

Accordingly, Defendant's motion is **DENIED**.

SIGNED AND ENTERED this the __17__ day of September 2015.

⟨signature⟩
JUDGE PRESIDING
372nd JUDICIAL DISTRICT COURT
TARRANT COUNTY, TEXAS